**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAGPREET JAGPREET SINGH, <br><br> *Petitioner,* <br><br> v. <br><br> JOHN TSOUKARIS*, et al.,* <br><br> *Respondents.* | HON. CHRISTINE P. O'HEARN, U.S.D.J. <br><br> Civil Action No. 26-1531 (CPO) <br><br> **ORDER, FINDINGS OF FACT, AND CONCLUSIONS OF LAW** |

Respondents having filed a motion to seal Exhibits #1 and #2 to Respondents' Letter Response, ECF No. 11, the Court makes the following findings of fact and conclusions of law under Local Civil Rule 5.3(c):

1.     The Court finds that Exhibits #1 and #2 to Respondents' Letter Response includes documentary evidence presented at Petitioner's bond hearing, such as Petitioner's personally identifying information, as well as personally identifying information and financial records pertaining to a non-party.

2.     The Court finds that it is necessary for Respondents to submit records and information presented in order to address the issues raised in this case.  *See* ECF No. 10.

3.     The Court finds that the records at issue contain confidential and private information concerning Respondents, Petitioner, as well as other aliens who are non-parties to this action.

4.     The Court finds that disclosure of this information to the public, via publication on the Court's docket, is unnecessary and would amount to the disclosure

1

of confidential and private information and could injure Petitioner's and Respondents' mutual interest in keeping such information confidential and private.

5.      The Court finds that, because the records at issue are relevant to issues raised in the petition, a less restrictive alternative to sealing the records is not available.

6.      Accordingly, the Court finds that good cause exists to seal the records at issue under the considerations set forth in *Pansy v. Borough of Stroudsburg*, 23 F.3d 772 (3d Cir. 1994), and Local Civil Rule 5.3(c).  The Court therefore permits the Clerk of the Court to maintain the documents at Exhibits #1 and #2 to Respondents' Letter Response, ECF No. 11, under seal.


Dated:  March 17, 2026

_____
HON. CHRISTINE P. O'HEARN
United States District Judge

2